UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MATTHEW JONES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-CV-00435-JRG-JEM |
| PIGEON FORGE POLICE DEPARTMENT, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated by the Court in the memorandum opinion filed with this order, Plaintiff Matthew Jones' objections [Doc. 8] are **OVERRULED**, and the Court **ACCEPTS IN WHOLE** United States Magistrate Judge Jill E. McCook's report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, and for the reasons in the Court's memorandum opinion, Mr. Jones' complaint is hereby **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk