UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 19, 2024
KELLY L. STEPHENS, Clerk

No. 24-5485

MATTHEW JONES,

    Plaintiff-Appellant,

v.

PIGEON FORGE, TN POLICE DEPARTMENT,

    Defendant-Appellee.

Before: McKEAGUE, GRIFFIN, and NALBANDIAN, Circuit Judges.

### JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk